IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2005-1, | § § § § § § § § | |
| Plaintiff, | § § | Civil Action No. 3:20-cv-3591 |
| v. | § § § | |
| PELLETIER TEX, LLC, and QI INVESTMENTS, LLC, | § § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

Came on to be considered this day the *Notice of Voluntary Dismissal without Prejudice* ("Notice"), filed in this cause by U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage-Pass Through Certificates, Series 2005-1 ("Plaintiff"). After considering said Notice, the Court hereby dismisses without prejudice all claims brought by Plaintiff in this suit against all Defendants in this cause. All costs and attorney's fees are taxed against the party incurring same. All relief not granted herein is denied.

**SIGNED** this _____ day of _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**